1  Sean P. Flynn (SBN 220184)
   *sflynn@foleymansfield.com*
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:   (213) 283-2100
4  Facsimile:    (213) 283-2101

5  Attorney for Defendant
   **NATIONAL CREDIT ADJUSTERS, LLC**
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | EDEN KRETCHET, | Case No:    14-CV-01953 DMG (RZx) |
12 | Plaintiff, | **DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC'S NOTICE OF MOTION TO DISMISS COMPLAINT** |
13 | vs. | |
14 | TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES LLC; CAPITAL ONE BANK (USA) N.A.; BANK OF AMERICA CORPORATION; NATIONAL CREDIT ADJUSTERS LLC; CALIFORNIA BUSINESS BUREAU INC; LVNV FUNDING LLC; DOES 1 TO 10 INCLUSIVE, | *[Proposed Order lodged concurrently herewith]* |
   | | Date:    May 9, 2014 |
   | | Time:    9:30 a.m. |
   | | Ctrm:    7 |
   | | Complaint Filed:   February 14, 2014 |
   | Defendants. | |

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that on May 9, 2014, in Courtroom 7 of the above Court, Defendant National Credit Adjusters, LLC ("Defendant") will and hereby does move this Court for an Order, pursuant to Rule 12(b)(1 & 6) of the Federal Rules of Civil Procedure, for dismissal for failure to allege sufficient facts under a cognizable legal theory.

Specifically, this motion is made on the grounds that:

1. Plaintiff's CCRAA claim is preempted by federal law;

2. Plaintiff does not allege a claim upon which relief may be granted.

The Motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, and all of the other papers on file in this action, and such other and further evidence or argument as the Court may allow.

Local Rule 7-3 does not apply in this case pursuant to Local Rule 16-12(c).

DATED: March 28, 2014                FOLEY & MANSFIELD, PLLP

By: */s/ Sean P. Flynn*
Sean P. Flynn
Attorney for Defendant
**NATIONAL CREDIT ADJUSTERS, LLC.**