| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Sean P. Flynn (SBN 220184) <br> sflynn@foleymansfield.com <br> FOLEY & MANSFIELD, PLLP <br> 300 S. Grand Ave., Suite 2800 <br> Los Angeles, Ca 90071 <br> Tele: (213) 283-2100 <br> Fax:  (213) 283-2101 | |
| ATTORNEY(S) FOR:  Defendant, National Credit Adjusters, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDEN KRETCHET | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 14-CV-01953 DMG (RZx) |
| v. | |
| TRANS UNION, LLC., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendant, National Credit Adjusters, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Except for the Parties named in this matter, Defendant, National Credit Adjusters, LLC is not currently aware of any other entity that would have a pecuniary interest in the outcome of this matter. | |

| March 28, 2014 | /s/ Sean P Flynn |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant, National Credit Adjusters, LLC