**EXHIBIT "A"**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

02/14/2014
2 5⁸

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS
INC, "Additional Parties Attachment Form is attached."

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

EDEN KRETCHET

**CONFORMED COPY**
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

FEB 1 4 2014

Sherri R. Carter, Executive Officer/Clerk
By: Paul So, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: (Número del Caso:) |
|---|---|
| *(El nombre y dirección de la corte es)* | 14K02478 |

LOS ANGELES SUPERIOR COURT - CENTRAL DISTRICT
111 NORTH HILL STREET, LOS ANGELES CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
EDEN KRETCHET - 11137 FREER STREET, TEMPLE CITY CA 91780-3606 - (949) 600-0380

| DATE: (Fecha) | **SHERRI R. CARTER** | Clerk, by (Secretario) | **PAUL SO** | , Deputy (Adjunto) |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010))*

[SEAL]

FEB 1 4 2014

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* EXPERIAN INFORMATION SERVICES, INC.

   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A, Page 003

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| KRETCHET v. TRANS UNION LLC | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

EQUIFAX INFORMATION SERVICES LLC, CAPITAL ONE BANK (USA) N.A., BANK OF AMERICA CORPORATION, NATIONAL CREDIT ADJUSTERS LLC, CALIFORNIA BUSINESS BUREAU INC, LVNV FUNDING LLC, DOES 1 TO 10 INCLUSIVE.

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

Exhibit A, Page 004

EDEN KRETCHET
11137 Freer Street
Temple City, CA 91780
(949) 600-0380

Plaintiff in propria persona

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

FEB 1 4 2014

Sherri R. Carter, Executive Officer/Clerk
By: Paul So, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

STANLEY MOSK COURTHOUSE

| EDEN KRETCHET, | ) | CASE NUMBER |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR:   **14 K 0 2 4 7 8** |
| vs. | ) | |
| | ) | 1. DAMAGES FOR VIOLATION |
| TRANS UNION LLC, EXPERIAN | ) | OF THE CONSUMER CREDIT |
| INFORMATION SOLUTIONS INC,) | | REPORTING AGENCIES ACT |
| EQUIFAX INFORMATION | ) | [CC §1785.1 et seq.] |
| SERVICES LLC, CAPITAL ONE | ) | |
| BANK (USA) N.A., BANK OF | ) | 2. PUNITIVE DAMAGES |
| AMERICA CORPORATION, | ) | |
| NATIONAL CREDIT ADJUSTERS ) | | |
| LLC, CALIFORNIA BUSINESS | ) | |
| BUREAU INC, LVNV FUNDING | ) | |
| LLC, DOES 1 TO 10 INCLUSIVE. ) | | |
| Defendants. ) | | |

(Exceeds $10,000.00 does not exceed $25,000.00 – Action a Limited Civil Case)

Plaintiff alleges as follows:

**PRELIMINARY ALLEGATIONS**

1.    Plaintiff, EDEN KRETCHET ("PLAINTIFF"), is an individual over the

age of 18 years who resides at 11137 Freer Street, Temple City, California 91780.

**COMPLAINT**

1

2.     Defendant, TRANS UNION LLC ("TUC"), is a State of Delaware Limited Liability Company conducting business as a Consumer Credit Reporting Agency as defined by Section 1785.3(d) of the Civil Code of the State of California and is authorized to conduct business in the State of California.

3.     Defendant, EXPERIAN INFORMATION SOLUTIONS INC ("XPN"), is a State of Ohio Corporation conducting business as a Consumer Credit Reporting Agency as defined by Section 1785.3(d) of the Civil Code of the State of California and is authorized to conduct business in the State of California.

4.     Defendant, EQUIFAX INFORMATION SERVICES LLC ("EFX") is a State of Georgia Limited Liability Company conducting business as a Consumer Credit Reporting Agency as defined by Section 1785.3(d) of the Civil Code of the State of California and is authorized to conduct business in the State of California.

5.     Defendant, CAPITAL ONE BANK (USA) N.A. ("CAP ONE") is a Federal National Bank and is authorized to conduct business in the State of California.

6.     Defendant, LVNV FUNDING LLC ("LVNV") is a Limited Liability Company of unknown jurisdiction and is not registered as a business entity with the California Secretary of State and as such, is not authorized to conduct business in the State of California.

7.     Defendant, NATIONAL CREDIT ADJUSTERS LLC ("NCA"), is a State of Kansas Limited Liability Company.   NCA has had its registration status with the California Secretary of State forfeited and as such, is not authorized to conduct business in the State of California.

**COMPLAINT**

2

8.      Defendant, CALIFORNIA BUSINESS BUREAU INC. ("CBB") is a California Corporation authorized to conduct business in the State of California. CBB is a collection agency.

9.      Defendant, BANK OF AMERICA CORPORATION ("BAC"), is a State of Delaware Corporation authorized to conduct business is the State of California.

10.     PLAINTIFF is ignorant of the true names and capacities of Defendants sued herein as Does 1 to 10 and therefore sue these Defendants by such fictitious names. PLAINTIFF will amend this Complaint to allege the true names and capacities when ascertained.

11.     PLAINTIFF is informed and believe and thereon alleges that at all times herein mentioned each of the Defendants were the agents, servants and employees of their codefendants and in doing the things hereinafter alleged were acting in the scope of their authority as such agents, servants and employees with the permission and consent of their codefendants.

12.     This judicial district is the proper venue for this action because PLAINTIFF lives in this judicial district.

## FIRST CAUSE OF ACTION

### Violation of Consumer Credit Reporting Act - Count One
### Against Defendants: CBB, CAP ONE, XPN, TUC, EFX, DOES 1 - 5

13.     On or about July through September 2013, in writing, PLAINTIFF disputed to these Defendants, and each of them, that they were reporting the same negative account information multiple times in violation of the Fair Credit Reporting Act. Subsequently, these Defendants, and each of them failed and refused and do fail and

COMPLAINT

3

refuse to correct said erroneous multiple reports of the same account.

14.     As a direct result of these Defendants conduct in maintaining and
reporting this inappropriate information to potential credit grantors and others,
PLAINTIFF has been, is and will continue to be denied licensing, credit or is being
denied more favorable credit terms, all of which has been and is damaging in a
sum uncertain to PLAINTIFF who asks leave of the court to amend this Complaint to
state said sum when the same becomes known to him.

15.     Because of Defendants' conduct as above alleged, PLAINTIFF is entitled
to punitive damages pursuant to Section 1785.31(B) of the Civil Code of the State of
California of not less than $100 nor more than $5,000 for each violation of the Act.

### SECOND CAUSE OF ACTION

**Violation of Consumer Credit Reporting Act - Count Two**
**Against Defendants: BAC, NCA, LVNV, XPN, TUC, EFX, DOES 6 - 10**

16.     PLAINTIFF realleges all of the allegations contained in paragraphs 1
through 12 above as though fully stated herein.

17.     On or about July through September 2013, in writing, PLAINTIFF
disputed to these Defendants, and each of them, that they were reporting certain
negative account information in which the delinquency of the account was being reported
as having occurred much more recently than was actually the case in violation of the Fair
Credit Reporting Act. Subsequently, these Defendants, and each of them failed and
refused and do fail and refuse to correct said erroneous dating of the purported delinquent
dating of the account.

18.     As a direct result of these Defendants conduct in maintaining and

**COMPLAINT**

4

reporting this inappropriate information to potential credit grantors and others, PLAINTIFF has been, is and will continue to be denied licensing, credit or is being denied more favorable credit terms, all of which has been and is damaging in a sum uncertain to PLAINTIFF who asks leave of the court to amend this Complaint to state said sum when the same becomes known to him.

19.     Because of Defendants' conduct as above alleged, PLAINTIFF is entitled to punitive damages pursuant to Section 1785.31(B) of the Civil Code of the State of California of not less than $100 nor more than $5,000 for each violation of the Act.

20. Plaintiff remits to the jurisdictional limit of the court.

**WHEREFORE,** Plaintiff prays for judgment as follows:

**ON THE FIRST CAUSE OF ACTION**

**Against Defendants: CBB, CAP ONE, XPN, TUC, EFX, DOES 1 - 5**

1.     For actual damages according to proof;

2.     for punitive damages of not less than $100 nor more than $5,000;

**ON THE SECOND CAUSE OF ACTION**

**Against Defendants: BAC, NCA, LVNV, XPN, TUC, EFX, DOES 6 - 10**

3.     for actual damages according to proof;

4.     for punitive damages of not less than $100 nor more than $5,000;

**ON ALL CAUSES OF ACTION**

**Against all Defendants:**

5.     for attorney fees, if any;

6.     for cost of suit;

---

**COMPLAINT**

5

7.    for such further relief the court may deem just and equitable.

Dated: February 14, 2014

EDEN KRETCHET
Plaintiff in propria persona

**COMPLAINT**

6

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

In re Los Angeles Superior Court Cases General )   Case No.:   **14 K 0 2 4 7 8**
Order – Limited Jurisdiction (Non-Collections) )
Cases                                 )   **GENERAL ORDER**
                                          )
                                          )
                                          )

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

Pursuant to the California Code of Civil Procedure, the California Rules of Court, and the

Los Angeles County Court Rules, the COURT HEREBY GENERALLY ORDERS AS

FOLLOWS IN THIS ACTION:

    1.     **PLAINTIFF/S IS/ARE ORDERED TO SERVE A COPY OF THIS**

**GENERAL ORDER ON THE DEFENDANT/S WITH COPIES OF THE SUMMONS**

**AND COMPLAINT AND TO FILE PROOF OF SERVICE, AS MANDATED IN THIS**

**ORDER.  (Code Civ. Proc., § 594, subd. (b).)**

    2.     The Court sets the following trial date in this case in Department 77 at the

Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012:

**POS: 0 8 / 1 4 / 2014 TRIAL: 0 8 / 1 4 / 2015 OSC: 0 2 / 1 4 / 2017**

> **TRIAL:**
>   •   **Date:** _____ at 8:30 a.m.

**SERVICE OF SUMMONS AND COMPLAINT**

    3.     The trial date set forth above is conditioned on the defendant/s being served

with the summons and complaint within six (6) months of the filing of the complaint. The

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
**NOTICE OF CASE PROCEDURES & REQUIREMENTS LIMITED CIVIL**
**(NON-COLLECTION)ACTIONS**

Case Number: _____

## THIS FORM WILL BE POSTED IN THE COURTROOM AND ON THE COURT'S WEBSITE

**LIMITED JURISDICTION CASE MANAGEMENT PROCEDURES AND INSTRUCTIONS**

**The following critical provisions, as applicable in the Central District are cited for your information:**

**TIME STANDARDS:**

**COMPLAINTS:** All complaints should be served and the proof of service filed within 60 days after filing of the complaint.

**CROSS-COMPLAINTS:** Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints against parties new to the action must be served and the proof of service filed within 30 days after the filing of the cross-complaint. A cross-complaint against a party who has already appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed (Code Civ. Proc. §428.50).

**DEFAULTS:** (Local Rule 9.10, Cal. Rules of Court, rule 3.110(g)). If a responsive pleading is not served within the time to respond and no extension of time has been granted, the plaintiff should file a Request for Entry of Default within 10 calendar days after the time to respond has elapsed. The plaintiff should request default judgment on the defaulting defendants within 40 calendar days after entry of default. Requests for entry of default judgments will only be considered based upon written submissions.

**NOTICED MOTIONS:** All regularly noticed pre-trial motions will be heard in the Limited Civil Courtroom on Mondays, Tuesdays, Wednesdays and Thursdays at 8:30 a.m. and will require parties to reserve a hearing date in Department 77. Motions for Summary Judgment must be identified at the time of reservation. All motions should be filed in Room 102. Tentative rulings may be posted on the Court's internet site, http://www.lasuperiorcourt.org/tentative ruling, the day prior to the hearing.

**EX-PARTE MATTERS:** All pre-trial ex-parte applications should be noticed in the Limited Civil Court, Department 77 for 1:30 p.m. Ex parte appearance applications for Department 77 will be heard daily and must be filed by 1:00 p.m. daily in Room 102 on the day of the hearing.

**UNINSURED MOTORISTS CLAIMS:** Delay Reduction Rules do not apply to uninsured motorist claims. The plaintiff must file a Notice of Designation with the Court, identifying the case as an uninsured motorist claim under Insurance Code section 11580.2

2/7/13

Exhibit A, Page 012

trial date will be continued to a later date if service is not accomplished within six (6)

months. The parties may stipulate to keep the original trial date even if service of the

summons and complaint is not completed within six (6) months of the filing of the original

complaint.

4.      The summons and complaint shall be served upon the defendant/s within three

(3) years after the complaint is filed in this action. (Code Civ. Proc., § 583.210, subd. (a).)

Failure to comply will result in dismissal, without prejudice, of the action, as to all unserved

parties who have not been dismissed as of that date. (Code Civ. Proc., § 581, subd. (b)(4).).

The dismissal as to the unserved parties, without prejudice, for this case shall be effective on

the following date:

```
┌─────────────────────────────────────────────────┐
│                                                   │
│         UNSERVED PARTIES DISMISSAL DATE           │
│                                                   │
│                                                   │
│                  _____                 │
│                                                   │
└─────────────────────────────────────────────────┘
```

5.      No Case Management Review (CMR) will be conducted in this case.

**LAW AND MOTION**

6.      All regularly noticed pre-trial motions will be heard in Department 77 on

Mondays, Tuesdays, Wednesdays, and Thursdays at 8:30 a.m.  Motions will require parties

to reserve a hearing date by calling (213) 974-6247.  All motions should be filed in Room

102 of the Stanley Mosk Courthouse.

7.      Tentative rulings may be posted on the Court's internet site at

http://www.lasuperiorcourt.org/tentativeruling the day prior to the hearing.

Exhibit A, Page 013

## EX PARTE APPLICATIONS

8.      Ex parte applications should be noticed for 1:30 p.m. in Department 77. All applications must be filed by 1:00 p.m. in Room 102 of the Stanley Mosk Courthouse.

## JURY FEES

9.      The fee shall be due no later than 365 calendar days after the filing of the initial complaint. (Code Civ. Proc., § 631, subds. (b) and (c).)

## STIPULATION TO CONTINUE TRIAL

10.     A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to a specific continued date. If the Stipulation is filed less than five (5) court days before the scheduled trial date, then a courtesy copy of the stipulation must be filed in Department 77. The stipulation and order should be filed in Room 102 of the Stanley Mosk Courthouse with the required filing fees. (Code Civ. Proc., § 595.2 and Govt. Code § 70617, subd. (c)(2).)

## TRIAL

11.     Parties are to appear on the trial date ready to go to trial, and must meet and confer on all pretrial matters at least 20 calendar days before the trial date. On the day of trial the Parties shall bring with them to Department 77 all of the following:

i.      Joint Statement of the Case;

ii.     Motions in Limine, which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court ( LASC), see local rule 3.57;

iii.    Joint Witness List disclosing the witnesses who will be called what they will testify to, and how long their testimony will take;

iv.     Joint Exhibits in exhibit books, numbered appropriately, and Exhibit List;

Exhibit A, Page 014

v.    Joint Proposed Jury Instructions printed out for the court; and

vi.   Joint Proposed Verdict form(s) printed out for the court.

12.   **FAILURE TO COMPLY WITH ANY REQUIREMENT SET FORTH IN PARAGRAPH 11 ABOVE  MAY RESULT IN SANCTIONS OR THE VACATING OF THE TRIAL DATE.** (Los Angeles Superior Court Local Rule 3.37.)


GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.


DATE: March 13, 2013

Hon. Stephanie Bowick
Judge of the Superior Court

Exhibit A, Page 015

| SHORT TITLE: KRETCHET v TRANS UNION LLC | CASE NUMBER 14 K 0 2 4 7 8 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☑ YES   TIME ESTIMATED FOR TRIAL 3   ☑ HOURS/ ☐ DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4).

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

| LACIV 109 (Rev 03/11) | **CIVIL CASE COVER SHEET ADDENDUM** | Local Rule 2.0 |
|---|---|---|
| LASC Approved 03-04 | **AND STATEMENT OF LOCATION** | Page 1 of 4 |

Exhibit A, Page 016

| SHORT TITLE | | CASE NUMBER |
|---|---|---|
| KRETCHET v. TRANS UNION LLC | | |

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013 Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037 Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1., 2., 3 |
| | | ☐ A6109 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012 Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009 Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031 Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation        Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032 Quiet Title | 2., 6. |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6 |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2., 6. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4
Exhibit A, Page 017

| SHORT TITLE: KRETCHET v. TRANS UNION LLC | | CASE NUMBER | |
|---|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8 |
| | | ☑ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4
Exhibit A, Page 018

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| KRETCHET v. TRANS UNION LLC | |

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. | ADDRESS: |
|---|---|
| | 11137 FREER STREET, TEMPLE CITY CA 91780-3606 |
| ☑1. ☑2. ☐3. ☐4. ☐5. ☐6. ☐7. ☑8. ☐9. ☐10. | |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| TEMPLE CITY | CA | 91780-3606 |

**Item IV.** *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the _Stanley Mosk_ courthouse in the _Central District_ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: _02/14/2014_

_(signature)_

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev 03/11)

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

Exhibit A, Page 019