| | |
|---|---|
| 1 | Katherine A. Klimkowski (SBN 263099) |
| | kaklimkowski@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, CA  92612.4408 |
| | Telephone:  (949) 851-3939 |
| 4 | Facsimile:   (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDEN KRETCHET, | Case No.CV-14-01953 DMG (RZx) |
|---|---|
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EDEN KRETCHET AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, CAPITAL ONE BANK (USA) N.A., BANK OF AMERICA CORPORATION, NATIONAL CREDIT ADJUSTERS LLC, CALIFORNIA BUSINESS BUREAU INC, LVNV FUNDING LLC, DOES 1 TO 10 INCLUSIVE, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff Eden Kretchet ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted

1 | against Experian.
2 |
3 | Dated: April 29, 2014          JONES DAY
4 |
5 |                                 By: /S/ Katherine A. Klimkowski
6 |                                     Katherine A. Klimkowski
7 |                                 Attorneys for Defendant
                                    EXPERIAN INFORMATION
8 |                                 SOLUTIONS, INC.
9 | Dated: April 29, 2014
10 |
11 |                                 By: [signature]
                                       Eden Kretchet
12 |
                                    Plaintiff Eden Kretchet
13 |                                 *Pro Se*

# **CERTIFICATE OF SERVICE**

I, Dulce Hansen, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On April 29, 2014, I served a copy of the **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EDEN KRETCHET AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court Central District of California Western District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Cristine Cunningham Reynaert<br>Hunter R. Eley<br>Doll Amir and Eley LLP<br>1888 Century Park East<br>Suite 1850<br>Los Angeles, CA 90067<br>Phone: (310) 557-9100<br>Fax: (310) 557-9101<br>Email: creynaert@dollamir.com<br>heley@dollamir.com<br><br>Attorneys for *Defendants Capital One Bank (USA), N.A.* | Judith Sethna<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071<br>Phone: (213) 457-8068<br>Fax: (213) 457-8080<br>Email: jsethna@reedsmith.com<br><br>Attorneys for *Defendant Bank of America Corporation* |

1  Sean P. Flynn
   Foley and Mansfield LLP
2  300 South Grand Avenue
   Suite 2800
3  Los Angeles, CA 90071
   Phone: (213) 283-2100
4  Fax: (213) 283-2101
   Email:
5  sflynn@foleymansfield.com

6  Attorneys for *Defendant*
   *National Credit Adjusters LLC*
7

8
   Executed on April 29, 2014, at Irvine, California.
9

10

11                                    */s/ Dulce Hansen*
                                      Dulce Hansen
12

- 4 -   JOINT NOTICE OF SETTLEMENT

# PROOF OF SERVICE BY MAIL

I, Dulce Hansen, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 29, 2014, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF EDEN KRETCHET AND EXPERIAN INFORMATION SOLUTIONS, INC.**

in a sealed envelope, postage fully paid, addressed as follows:

Eden Kretchet
11137 Freer Street
Temple City, CA  91780
Phone:  (949) 600-0380

*Plaintiff Pro Se*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2014, at Irvine, California.

                                       /S/ Dulce Hansen
                                              Dulce Hansen