| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES—GENERAL | JS-6 / REMAND |
|---|---|

| Case No. | **CV 14-01953 DMG (RZx)** | Date | April 30, 2014 |
|---|---|---|---|

| Title | *Eden Kretchet v. Trans Union LLC, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS— ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On April 16, 2014, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for lack of subject matter jurisdiction. [Doc. # 19.] On April 28, 2014 Defendants responded to the OSC, asserting that the Court has federal question jurisdiction under 28 U.S.C. § 1331 because Kretchet asserts claims under the Fair Credit Reporting Act. [Doc. # 20.]

Kretchet states that she does not assert any claims under the Fair Credit Reporting Act, only under California's Consumer Credit Reporting Act. (Mot. to Remand at 16 [Doc. # 16].) The Court's review of the Complaint confirms this proposition. Kretchet does not seek any remedy under the Fair Credit Reporting Act. (Compl. ¶ 19 [Doc. # 20-2].) None of Kretchet's claims confer federal jurisdiction. As the Court lacks subject matter jurisdiction, the Court remands this action to the Los Angeles County Superior Court.

Further, Plaintiff's Motion to Remand [Doc. # 16] and Motion for Just Costs and Actual Expenses [Doc. # 17] are rendered MOOT. The Scheduling Conference set for June 13, 2014 is VACATED.

**IT IS SO ORDERED.**